## IN RE: RETIREMENT of JOHN J. WATKINS from the COMMITTEE on CIVIL PRACTICE

Supreme Court of Arkansas
Delivered April 15, 2004

PER CURIAM. The Supreme Court expresses its heartfelt gratitude to John J. Watkins, William H. Enfield Professor of Law at the University of Arkansas, Fayetteville, on the occasion of his retirement from the Supreme Court Committee on Civil Practice.

For almost nineteen years, Professor Watkins has ably served this vital committee as Reporter. He has performed his duties with a scholar's perspective and a professional's pride.

The Court is indebted to Professor Watkins and wishes him well in all his future endeavors.